In the Matter of EMIL J. SONDERLICK, an Attorney, Respondent. BRONX COUNTY BAR ASSOCIATION, Petitioner.

First Department, January 15, 1943.

*Louis Susman* for petitioner.

*Jacob W. Friedman* for respondent.

*Per Curiam.* The motion to confirm the report of the referee should be denied. In view, however, of the respondent's inexperience, we think that a censure is sufficient punishment.

Present — MARTIN, P. J., TOWNLEY, GLENNON, UNTERMYER and DORE, JJ.; GLENNON and UNTERMYER, JJ., dissent and vote to confirm the report of the referee and to dismiss the proceeding.